# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY M. BARSHAW, and CINDY WIERSMA-BARSHAW as individuals and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>PILGRIM'S PRIDE COMPANY, et al.,<br><br>Defendant. | No. 2:22-cv-01673- RSM<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND CASE SCHEDULE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 8, 2023** |

## STIPULATION MOTION

Plaintiffs Jeffrey and Cindy Barshaw and Defendant Pilgrim's Pride Company, (collectively the "Parties") enter into this Stipulation in accordance with Local Rule 16(b)(6), which provides that a request to continue the trial date must be made in writing to the Court and supported by good cause. The parties jointly contend that there is good cause to continue the trial date from September 18, 2023 to November 6, 2023 (or the first available court date thereafter) and extend the upcoming dates in the case schedule accordingly for the following reasons:

1. The parties previously completed a half-day mediation session with Mediator Bradley Davis, of the Kubik Mediation Group, on November 15, 2022.

STIPULATED MOTION AND ORDER TO CONTINUE TRIAL
DATE AND CASE SCHEDULE- 1
2:22-cv-01673- RSM

1    2.   In an attempt to fully resolve this matter and conserve judicial resources, the Parties have agreed to and scheduled a full-day mediation session with Mediator Brad Davis on September 20, 2023.

3.   The September 20, 2023 date is the earliest possible date for a full-day mediation with Mediator Brad Davis given the other upcoming mediations on his calendar, and the schedules of the Parties.

4.   This case is currently set for a multi-day trial starting on September 18, 2023. Continuing the trial date for six dates will allow the parties to focus on the upcoming mediation as well as, if necessary, prepare for trial thereafter.

THEREFORE, the Parties respectfully request the Court continue the upcoming trial date until November 6, 2023 (or the earliest possible date thereafter), as well as extend all of the upcoming pre-trial deadlines in the case schedule accordingly.

DATED this 7th day of August, 2023.

By: /s/*Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
Jayde Y. Logan, WSBA No. 51855
MURPHY PEARSON BRADLEY & FEENEY
1455 NW Leary Way, Suite 400
Seattle, WA 98107
(206) 489-5113
nlarson@mpbf.com
jlogan@mpbf.com
*Attorneys for Defendant Pilgrim's Pride*

By: /s/*Michael A. Maxwell*
Michael A. Maxwell, WSBA No.
MAXWELL GRAHAM, PS
535 E. Sunset Way
Issaquah, WA 98027
(206) 527-2000
mmazwell@maxwellgraham.com
*Attorney for Plaintiff*

## ORDER

Based on the above Stipulated Motion, the Court does hereby ORDER:

1. The Stipulated Motion is granted;

2. Trial is continued to begin on November 13, 2023, and all partial dates are continued accordingly. A new scheduling order will be issued by the Court.

DATED this 8th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2023 I electronically filed the foregoing [PROPOSED] **STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE** by E-SERVE via ECF system.

*/s/Autumn R. Elmore*
Autumn R. Elmore, Paralegal