THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JEFFREY M. BARSHAW, and CINDY WIERSMA-BARSHAW as individuals and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>PILGRIM'S PRIDE COMPANY, et al.,<br><br>Defendant. | No. 2:22-cv-01673- RSM<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL OF ACTION**<br><br>NOTE ON MOTION CALENDAR:<br>November 16, 2023 |

### STIPULATION MOTION

Plaintiffs Jeffrey and Cindy Barshaw and Defendant Pilgrim's Pride Company, (collectively the "Parties") stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above entitled action shall be dismissed with prejudice and without fees or costs to any party.

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

1  DATED this 16th day of November, 2023.

2

3  By: /s/*Nicholas C. Larson*
Nicholas C. Larson, WSBA No. 46034
4  Jayde Y. Logan, WSBA No. 51855
MURPHY PEARSON BRADLEY & FEENEY
5  520 Pike Street, Suite 1205
Seattle, WA 98101
6  (206) 219-2008
nlarson@mpbf.com
7  jlogan@mpbf.com
*Attorneys for Defendant Pilgrim's Pride*
8

9  By: /s/*Michael A. Maxwell*
Michael A. Maxwell, WSBA No.
10  MAXWELL GRAHAM, PS
535 E. Sunset Way
11  Issaquah, WA 98027
(206) 527-2000
12  mmazwell@maxwellgraham.com
*Attorney for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND ORDER FOR DISMISSAL OF ACTION- 2
2:22-cv-01673- RSM

MURPHY PEARSON BRADLEY & FEENEY
520 Pike St, Suite 1205
Seattle, WA 98101

**ORDER**

Based on the above Stipulated Motion, the Court does hereby ORDER:

1. The Stipulated Motion is granted;

2. This matter is dismissed with prejudice and without fees and costs to any party.

DATED this 17th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that on November 16, 2023 I electronically filed the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION** by E-SERVE via ECF system.

*/s/Autumn R. Elmore*
Autumn R. Elmore, Paralegal